United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN,<br>      Plaintiff,<br>v.<br>W. MUNIZ, et al.,<br>      Defendants. | Case No. 17-01690 BLF (PR)<br>**ORDER GRANTING MOTION FOR ACCOMMODATIONS; GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 99) |

Plaintiff, a California inmate, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at Salinas Valley State Prison ("SVSP"). On June 5, 2018, the Court granted Defendants' motions to dismiss the complaint for failure to comply with Rules 18(a) and 20(a) of the Federal Rules of Civil Procedure, and directed Plaintiff to file an amended complaint to attempt to correct the deficiencies. (Docket No. 98.) Plaintiff was given twenty-eight days from the date of the order, *i.e.*, no later than July 3, 2018, to file an amended complaint.

Plaintiff has filed a request for "vision accommodations," specifically that he be provided with forms in an "enlarge[d] font size"

due to his worsening vision condition.  (Docket No. 99.)  Good cause appearing, the request is GRANTED.  Henceforth all filings, including court orders and Defendants' papers, shall be prepared in at least a 16 font size.  Plaintiff shall inform the Court if the 16 font size is inadequate.

Plaintiff also requests an "amended complaint form" in a larger font size.  The request is GRANTED.  The Clerk shall enclose two copies of the court's form complaint in the appropriate font size with a copy of this order to Plaintiff.

Since it appears unlikely that Plaintiff will be able to meet the original court deadline of July 3, 2018, the Court *sua sponte* grants him an extension of time to file an amended complaint.  Plaintiff's amended complaint shall be filed **no later than July 31, 2018.**

This order terminates Docket No. 99.

**IT IS SO ORDERED**

Dated: __6/26/2018_____  _____
BETH LABSON FREEMAN
United States District Judge

Order Granting Request for Accom; EOT to file Am. Compl.
P:\PRO-SE\BLF\CR.17\01690Martin_motion.accom(font).docx

2