1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
SAN JOSE DIVISION
11
12
**GEORGE MARTIN,**                           17-cv-1690-BLF

13
                                      Plaintiff,    [PROPOSED] ORDER
14                                                   GRANTING MOTION TO
                                                     CHANGE THE DISPOSITIVE
15            v.                                     MOTION DEADLINE
16
**WILLIAM MUNIZ,**
17
                                      Defendant.
18

19       Defendants moved this Court to change the time to file a summary-

20   judgment or other dispositive motion, through March 3, 2020.  After full

21   consideration, and good cause appearing, Defendants' motion is

22   GRANTED.

23       Plaintiff shall file and serve his opposition by April 6, 2020.  If

24   Defendants wish to file a reply, they shall do so by April 27, 2020.

25   Absent further order, the motion will be submitted on April 27, 2020

26   without a hearing.

27       IT IS SO ORDERED.

28

Dated: Dec 30, 2019

_____
The Honorable Beth Labson Freeman
United States District Court Judge

SF2017203986
21747925.docx