IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **GEORGE MARTIN,** | 17-cv-1690-BLF |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION TO CHANGE THE DISPOSITIVE MOTION DEADLINE |
| v. | |
| **WILLIAM MUNIZ,** | |
| Defendant. | |

Defendants moved this Court to change the time to file a summary-judgment or other dispositive motion, through March 24, 2020. After full consideration, and good cause appearing, Defendants' motion is GRANTED.

Plaintiff shall file and serve his opposition by April 23, 2020. If Defendants wish to file a reply, they shall do so by May 7, 2020. Absent further order, the motion will be submitted on May 7, 2020 without a hearing.

///
///

1

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: Mar 4, 2020 |
| 4 | |
| 5 | |
| 6 | |
| 7 | _____ |
|   | The Honorable Beth Labson Freeman |
| 8 | United States District Court Judge |
| 9 | SF2017203986 |
| 10 | 21836445.docx |