United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

GEORGE MARTIN,
                Plaintiff,

        v.

W. MUNIZ, et al.,
                Defendants.

Case No. 17-01690 BLF (PR)

**ORDER GRANTING
MOTION FOR
EXTENSION OF TIME TO
FILE OPPOSITION;
INSTRUCTIONS TO
CLERK**

(Docket No. 150)

19

20

21

22

23

24

25

26

27

28

        Plaintiff, a California inmate, filed the instant *pro se* civil
rights action pursuant to 42 U.S.C. § 1983, against prison
officials at Salinas Valley State Prison ("SVSP").  Dkt. No. 1.
On October 4, 2019, the Court issued an order of service
directing Defendants to file a dispositive motion.  Dkt. No. 137.
On March 20, 2020, Defendants filed a motion for summary
judgment.  Dkt. No. 149.   On April 20, 2020, Plaintiff filed a
letter requesting an extension of time to file an opposition
because of the increased restrictions necessitated by the covid-19

pandemic.  Dkt. No. 150.  In addition, Plaintiff requests that a copy of his second amended complaint be returned to him, having provided the Court with extra copies.  *Id.*  Plaintiff's motion is **GRANTED**.  Plaintiff is granted an extension of time of **forty-two (42) days** from the filing of this order to file an opposition.  The Clerk of the Court shall include a copy of the second amended complaint, Dkt. No. 129, to Plaintiff.

Defendants' reply shall be filed **no later than fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 150.

**IT IS SO ORDERED.**

**Dated:  __April 30, 2020__**

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

Order Granting Motion for EOT
PRO-SE\BLF\CR.17\01690Martin_eot_opp

2