UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN,<br>　　　Plaintiff,<br><br>　　v.<br><br>W. MUNIZ, et al.,<br>　　　Defendants. | Case No. 17-01690 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: _December 21, 2020_　　　　　　　　　／s／ Beth Labson Freeman

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\01690Martin_judgment