UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. MUNIZ, et al.,<br>　　　　　Defendants. | Case No. 17-01690 BLF (PR)<br><br>**ORDER DENYING REQUEST FOR LEAVE TO FILE ADDITIONAL OPPOSITION**<br><br>(Docket No. 168) |

　　　　Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, against prison officials at Salinas Valley State Prison ("SVSP"). The Court granted Defendants' motion for summary judgment and entered judgment on December 21, 2020. Dkt. Nos. 169, 170.

　　　　Before judgment was entered, Plaintiff filed a request to file an additional opposition to Defendant Bright's declaration. Dkt. No. 168. It appears this motion was filed in response to Defendants' motion to resubmit exhibits along with Defendant

Bright's amended declaration.  Dkt. No. 167.  This amended declaration and exhibits were resubmitted because the original filings were not authenticated; they are identical in all other respects to the original filings.  *Id.*  Accordingly, Plaintiff's motion to respond to these recent filings is DENIED as unnecessary since he already had an opportunity to file an opposition to those papers and did so.  Dkt. Nos. 157, 158.

This order terminates Docket No. 168.

**IT IS SO ORDERED.**

**Dated:  _December 30, 2020**

BETH LABSON FREEMAN
United States District Judge

Order Denying Leave to File Additional Opp.
PRO-SE\BLF\CR.17\01690Martin_deny.opp